# Court of Appeals of the State of Georgia

ATLANTA,___June 03, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0400. IN THE INTEREST OF: B. E. Q. T., A CHILD (FATHER).**

On January 27, 2015, the juvenile court entered an order terminating the parental rights of the father of B. E. Q. T. Ninety-eight days later, on May 5, 2015, the father filed an application for discretionary appeal. An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The filing deadline is jurisdictional, and this Court is unable to accept an untimely application. See *Crosson v. Conway*, 291 Ga. 220 (1) (728 SE2d 617) (2012).

Although the juvenile court purported to grant the father an extension of time to file an application, it lacked authority to do so. *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011) ("Because a discretionary application must be filed only in an appellate court, see OCGA § 5-6-35 (d), a *trial* court may not grant an extension of the time to file the application pursuant to OCGA § 5-6-39.") (Emphasis supplied). Instead, an applicant must request an extension from this Court, within the original 30-day filing period. Id.; see also Court of Appeals Rule 31 (g).

Because the father did not make a timely request for an extension before this Court, we have no basis for excusing his failure to comply with the 30-day deadline set forth in OCGA § 5-6-35 (d). Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

   *Clerk's Office, Atlanta,*___06/03/2015___

   *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*